UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Dennis Shaffer, | ) |
| | ) Cause No.14-00915-CV-W-DW |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Rees Masilionis Turley Architecture, LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S STIPULATION OF DISMISSAL

COMES NOW Plaintiff Dennis Shaffer, by and through counsel, and hereby dismisses all claims against Defendant Reese Masilionis Turley Architecture, LLC, with prejudice.

**ENGELMEYER & PEZZANI, LLC**

/s/ Anthony M. Pezzani
By:_____
Anthony M. Pezzani, #52900MO
*tony@epfirm.com*
13321 North Outer Forty Road, Suite 300
Chesterfield, MO 63017
(636) 532-9933   Phone
(314) 863-7793   Facsimile
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on this 18th day of June, 2015 via the Court's electronic filing system, which serves all counsel of record.

  /s/ Anthony M. Pezzani